# Court of Appeals
# of the State of Georgia

ATLANTA,  November 03, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0084.  EMANUEL DAVIE JONES v. GLORIA LYNN JONES.**

In this pending divorce action, Emanuel Davie Jones seeks discretionary review of a trial court order finding him in contempt for failure to comply with the court's order on discovery and attorney fees. We lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995). The trial court's order herein is an interlocutory order because the divorce action remains pending below. Although Emanuel Jones filed an application for discretionary appeal, as described in OCGA § 5-6-35, compliance with that procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). Where, as here, both discretionary and interlocutory appeal procedures apply, an applicant must follow the interlocutory appeal procedures and obtain a timely certificate of immediate review from the trial court before filing an application.  See *Scruggs*, 261 Ga. at 588-589 (1).

Jones's failure to follow the interlocutory appeal procedures deprives this Court of jurisdiction of this application. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/03/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*